SARAH J. TURNER et al., as Committee of WARREN MATHER, an Incompetent Person, Appellants, *v.* NICHOLAS PENDER-GAST et al., as Administrators of the Estate of CHARLES W. MATHER, Deceased, et al., Respondents.

Reported below. 86 App. Div. 172.
(Argued April 25, 1904; decided May 3, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered July 23, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous and that there were no questions of law to review, the exceptions being frivolous.

*S. M. Lindsley* for motion.

*William Townsend* opposed.

Motion denied, without costs.